Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Madison Renee Kelleher  **Case Number:** 1:24CR10112

**Name of Sentencing Judicial Officer:** Honorable Leigh Martin May, U.S. District Judge for the Northern District of Georgia (Atlanta Division)

**Name of Assigned Judicial Officer:** Honorable Allison D. Burroughs, U.S District Judge

**Date of Original Sentence:** June 28, 2023

**Original Offense:** Money Laundering in Violation of 18 U.S.C. § 1956(h)

**Original Sentence:** Three years of supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** June 28, 2023

---

### PETITIONING THE COURT

[ ] To extend the term of supervision for ___ years, for a total term of ___ years
[X] To modify the conditions of supervision as follows:

The defendant shall reside at a Residential Reentry Center (RRC) for up to six (6) months, or until she can secure appropriate housing, as determined by the U.S. Probation Office. While at the RRC, the defendant shall abide by all the rules of the facility.

### CAUSE

As the court is aware Probation filed a 12C requesting a warrant on 07/11/2024, as Ms. Kelleher tested positive for marijuana, was not attending therapy, is off her psychiatric medications, and her whereabouts were unknown. On July 22, 2024, Ms. Kelleher was arrested by U.S. Marshals. On July 23, 2024, Ms. Keller appeared before U.S. Magistrate Judge G. Paul Levenson for an Initial Hearing and was detained pending a detention hearing scheduled on July 30, 2024. Ms. Kelleher is homeless and has not been able to identify suitable housing. As a result, Ms. Kelleher has agreed to the above modification as evidenced by the Probation Prob 49 attached to this report.

| Reviewed/Approved by: | Respectfully submitted, |
|---|---|
| */s/ Gina P. Affsa*<br>Gina P. Affsa<br>Supervisory U.S. Probation Officer | */s/ Lacey Francis*<br>by  Lacey Francis<br>U.S. Probation Officer<br>Date:  07/29/2024 |

**THE COURT ORDERS**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Honorable Allison D. Burroughs
U.S. District Judge

7/29/2024
Date

PROB 49
(3/89)

# United States District Court

For the District of Massachusetts

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I, Madison Renee Kelleher, Dkt No 1:24CR10112, have been advised and understand that I do not have to agree to this proposed modification(s).  I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside at a Residential Reentry Center (RRC) for up to six (6) months, or until she can secure appropriate housing, as determined by the U.S. Probation Office. While at the RRC, the defendant shall abide by all the rules of the facility.

Witness  *Lacey Francis*
(U.S. Probation Officer)

Signed  /s/ Madison Kelleher (by Atty Gant)
(Probationer or Supervised Releasee)

7/26/2024
(Date)